UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Old Republic Insurance Company</u>

   v.                                            Civil No. 12-cv-256-LM

<u>Stratford Insurance Company</u>

### NOTICE OF RULING

    Re:  Document No. 21, Motion to Continue Dispositive Motion Deadline and Trial

    Ruling: Denied without prejudice.  The motion contains no reason to extend the summary judgment deadline other than the fact that discovery closes on August 1, 2013.  The parties have been aware of these discovery deadlines since August 21, 2012, the date of the discovery order in this case.  The court is amenable to rescheduling the summary judgment deadline so long as the request is assented-to and there is a reasonable justification.  The court will not cancel the trial date but would consider rescheduling it to comply with the 120-day rule in our Local Rules.

                                               _____
                                               Landya McCafferty
                                               United States Magistrate Judge

Date: May 31, 2013

cc:  Philip A. Bramson, Esq.
     Naomi L. Getman, Esq.
     Richard C. Nelson, Esq.
     Lauence J. Rabinovich, Esq.